**In The**
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-25-00377-CV**

**IN RE ERIC SPRINGSTUN**

_____

**Original Proceeding**
**457th District Court of Montgomery County, Texas**
**Trial Cause No. 25-09-15036**

_____

**MEMORANDUM OPINION**

Eric Springstun filed a petition for a writ of mandamus (and he filed a motion for temporary relief), seeking to compel the local administrative judge to rule on Springstun's Chapter 11 vexatious litigant request for permission to file a notice of appeal in Trial Cause Number 25-09-15036. On October 13, 2025, Springstun notified this Court that his mandamus proceeding is moot because the local administrative judge signed an order granting him permission to appeal.[1] We dismiss

_____

[1] The appeal has been docketed in the appellate court as Appeal Number 09-25-00318-CV, *Eric Springstun v. City of League City, Eric Cox, Donato Angelo De Pinto, and The Wharf at Clear Lake Maintenance Association, Inc.*

1

the mandamus proceeding and the motion for temporary relief without reference to the merits.

      PETITION DISMISSED.

                                 PER CURIAM

Submitted on October 22, 2025
Opinion Delivered October 23, 2025

Before Golemon, C.J., Johnson and Wright, JJ.